TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264
ROBERT KNIEF
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6418
Robert.Knief@usdoj.gov
*Attorneys for the United States*

**FILED**
**U.S. MAGISTRATE JUDGE**

**DATE:**___May 19, 2026_____

**TIME:**____2:00 p.m._____

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

MIMI HUYNH,

      Defendant.

Case No. 2:26-mj-00386-EJY

**CRIMINAL COMPLAINT**
Solicitation to Commit a Crime of
Violence
(18 U.S.C. § 373(a))

BEFORE the Honorable Elayna J. Youchah, United States Magistrate Judge, Las Vegas, Nevada, the undersigned Complainant, being duly sworn, deposes and states:

### COUNT ONE

From on or about the May 12, 2026, up to and including May 19, 2026, in the State and Federal District of Nevada,

**MIMI HUYNH,**

the defendant herein, with the intent that G.M engage in conduct constituting a felony that has as an element the use attempted use or threatened use of physical force against the person or property of another in violation of the laws of the United States, and under circumstances strongly corroborative of that intent, did solicit, command, induce and

1

endeavor to persuade G.M. to engage in such conduct, that is Interference with Commerce by Robbery and Extortion, in violation of Title 18, United States Code, Section 1951, in violation of Title 18, United States Code, Section 373(a).

## PROBABLE CAUSE AFFIDAVIT

Your Complainant, as a Special Agent with the Federal Bureau of Investigation, states the following as and for probable cause:

1.    Your Complainant is a Special Agent with the Federal Bureau of Investigation (FBI), has been so employed since September 2021. As an FBI Special Agent, your Complainant is assigned to the FBI's Las Vegas Homeland Security Task Force and is responsible for investigating a variety of violent crimes, to include: bank robbery, kidnapping, extortion, Hobbs Act robbery, carjacking, assaults and murders of federal officers, racketeering related violent offenses, as well as long-term investigations into the activities and operations of career criminals, criminal enterprises, drug trafficking organizations, and violent street gangs. Your Complainant has experience in conducting criminal investigations, including the investigation of criminal groups and conspiracies, as well as the collection of evidence and the identification and use of witnesses.

## FACTS ESTABLISHING PROBABLE CAUSE

2.    On May 12, 2026, a concerned citizen (C.C.) contacted FBI Las Vegas to report a planned kidnapping and robbery of an unidentified male adult (later identified as W.M. of Amarillo, Texas) located in Texas by Mimi Huynh. C.C. reported Hyunh was utilizing cellular number 424-346-3606 to contact him and request his assistance in the planned kidnapping and robbery. C.C. met with Huynh at a casino property in Las Vegas, Nevada where C.C. observed Hyunh drive a dark Buick sedan bearing Nevada license plate 5539D8. According to C.C., Hyunh obtained the rental vehicle and drove to Texas to

obtain photographs and video of the residence of W.M. to utilize in planning a kidnapping and robbery. C.C. provided FBI Las Vegas photographs of the rental vehicle utilized by Hyunh, a photograph of large bundles of cash, and a screenshot of a printed out explicit photo of a white male adult. C.C. stated, Hyunh planned to use the explicit photo that was given to her by "Amaya" in Las Vegas, to conduct an extortion against W.M. but has changed her mind to conduct a kidnapping and robbery in order to obtain more money from W.M. Hyunh told C.C. the victim lived in Texas and owned a company called vehicle rental company.

3.      FBI Las Vegas identified the owner of the vehicle rental company in Arlington, Texas. FBI Dallas conducted an interview of the owner who stated there was another business location in Amarillo, Texas which was owned by W.M. The owner described W.M. as heavy set male adult who liked to gamble, traveled to places such as Las Vegas, Nevada, was married, and owned a black Cadillac Escalade.

4.      Database checks revealed W.M. had an ownership interest in Amarillo, Texas, had recent stay at the Circa Resort and Casino in Las Vegas, Nevada and owned a black Cadillac Escalade. W.M. had a similar build and age range to the sexually explicit photograph provided to FBI Las Vegas. Financial reporting revealed in November 2025, W.M. had visited the Circa Resort and Casino. A Google images search of the Circa Resort and Casino hotel rooms revealed the furniture shown is consistent with the furniture in the explicit photograph.

5.      Vehicle registration for the Buick bearing Nevada plate 5539D8 returned as a rental vehicle owned by Budget Rentals. License plate reader databases showed the Buick sedan was in Amarillo, Texas on May 11, 2026.

6.      On May 15, 2026, FBI Las Vegas obtained audio and video from a meeting

between C.C. and Hyunh. The majority of the meeting was spoken in Tagalog. An FBI certified linguist translated and provided a synopsis of the meeting to FBI Las Vegas. During the meeting, Hyunh was observed laying out her intended plan to travel to Texas, kidnap and rob her intended victim with the assistance of C.C. Hyunh stated she had traveled to Texas to obtain photographs and video of the intended victims residence. Hyunh told C.C. she wished to travel the 12-hour drive to Texas on Monday (May 18, 2026) to rob the victim of cash, Rolex watches, and other jewelry. Hyunh can be seen showing C.C. video and photos of the intended victim's residence which she took during her travel to Texas. Hyunh rehearsed her intended plan which included obtaining construction attire, approaching the front door of the residence and entering without permission. C.C. was told to take a firearm and order the victim to sit down while they robbed the residence. Hyunh stated she obtained the code to the safe from a maid that worked for the victim. Hyunh believed $800,000 to $1,000,000 would be in the residence and would be split between her and C.C. C.C. and Hyunh planned to meet at the same location on May 18, 2026, to begin the drive to Texas.

7.     On May 18, 2026, C.C. and Hyunh purchased construction vests, hats, gloves, duct tape and rope. FBI Las Vegas utilized a vehicle tracking device on the vehicle of C.C. which showed the vehicle traveling from Las Vegas to Amarillo, arriving on May 19, 2026.

…

…

…

…

…

4

8.     As the vehicle arrived at the residence of W.M. FBI Dallas (Amarillo Resident Agency) with the assistance of Texas Department of Public Safety, identified the vehicle, C.C. and Hyunh and were taken into custody.

_Ian Wendelboth_
IAN WENDELBOTH
Special Agent, Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone or other reliable electronic means on this  19th  day of May 2026.

_____
HON. ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE